UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN AND HOLLY GUIDRY** | * | **CIVIL ACTION: 2:23-CV-01289** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE: NANNETTE** |
| | * | **JOLIVETTE BROWN** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **SECTION: G** |
| | * | |
| | * | **MAGISTRATE: MICHAEL B.** |
| | * | **NORTH** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Kevin Guidry and Holly Guidry ("Plaintiffs"), and Defendant State Farm Fire and Casualty Company ("State Farm"), through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal **with prejudice** of this proceeding and all claims asserted herein as a result of the settlement of Plaintiffs' claims.

Dated: October 17, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Maggie A. Broussard* | */s/ Joseph L. Waitz, III* |
| Justin P. Lemaire, La. Bar No. 29948 | WAITZ & DOWNER |
| Maggie A. Broussard, La. Bar No. 33033 | JOSEPH L. WAITZ, III (36069) |
| STONE PIGMAN WALTHER WITTMANN L.L.C. | HUNT B. DOWNER (5046) |
| 909 Poydras Street, Suite 3150 | MARY W. RIVIERE (19201) |
| New Orleans, Louisiana 70112 | DAVID PELLEGRIN, JR. (34957) |
| Telephone: (504) 581-3200 | 423 Goode Street |
| Facsimile: (504) 581-3361 | Houma, LA 70360 |
| Email: jlemaire@stonepigman.com | Phone: (985) 876-0870 |
| mbroussard@stonepigman.com | Fax: (985) 876-0213 |
| | |
| *Attorneys for State Farm Fire and Casualty Company* | *Attorneys for Plaintiffs* |

4483619v.1