UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN GUIDRY ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1289** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION: "G"(5)** |

### ORDER

Considering the parties' "Stipulation of Dismissal with Prejudice,"[1]

**IT IS HEREBY ORDERED** that Plaintiffs' claims in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

NEW ORLEANS, LOUISIANA this __18th__ day of October, 2023.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 7.